(No. 6448—

UREGAS SERVICE OF ANNA, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CONSERVATION, Respondent.

*Opinion filed February 17, 1972.*

UREGAS SERVICE OF ANNA, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6450—

OLSHAW'S INTERIOR SERVICE, Claimant, *vs.* STATE OF ILLINOIS, INDUSTRIAL COMMISSION, Respondent.

*Opinion filed February 17, 1972.*

OLSHAW'S INTERIOR SERVICE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.